# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | DOCKET NO. 3:11cr366 |
| V. | ORDER |
| MARCUS JAMAL SHANKLE | |

This MATTER is before the Court on Defendant's Motion to Reduce Sentence re. First Step Act (Doc. No. 45)

The defendant is out of protective custody of the Federal Bureau of Prisons. Therefore, IT IS ORDERED, that Defendants Motion to Reduce Sentence re. First Step Act (Doc. No. 45) is **DENIED AS MOOT.**

IT IS FURTHER ORDERED that the Court's Order (Doc. No. 46) is VACATED.

IT IS SO ORDERED.

Signed: September 15, 2021

Frank D. Whitney
United States District Judge